UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Import Specialties, Inc., d/b/a Heartland America, Inc. a Minnesota corporation,<br>Plaintiff,<br>v.<br>Courtney Headley and Mark Headley, individuals residing in Ohio,<br>Defendants. | No. 00-2578 JMR/FLN<br>**STIPULATION AND ORDER FOR INJUNCTION, REMOVAL OF EBAY "FEEDBACK" AND DISMISSAL WITH PREJUDICE** |

In the above-entitled action, plaintiff Import Specialties, Inc. d/b/a Heartland America, Inc.'s ("Heartland America") has asserted claims of copyright infringement and unfair competition against defendants Courtney Headley and Mark Headley ("Defendants"). As Defendants have expressed desire to settle this matter without further litigation, the parties have entered into a Settlement Agreement which is incorporated herein by reference, and the following stipulation:

1. Defendants acknowledge that they have been ordering products from Heartland America and reselling them on the internet via the eBay auction web site. Defendants have been engaging in such resale of Heartland America's products without the knowledge or consent of Heartland America.

2. Specifically, Defendants acknowledge that they were reselling, via the eBay auction web site, the following products obtained from Heartland: (1) Dragonfly Tiffany Style

JAN 04 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 04 2001
DEPUTY CLERK

(Multicolored) Floor Lamp; (2) Rocket Scooter; and (3) 12 Volt DC Winch (collectively "the Products").

3. Defendants acknowledge that in connection with their re-sale of the Products over the internet, they have been reproducing and using copies of photographs of the Products from Heartland America's web site. Defendants acknowledge that the photographs of the Products are owned by Heartland America and are copyrighted as specified in the Complaint (the "Subject Photographs"). Defendants acknowledge that they have been using copies of the Subject Photographs without Heartland America's permission.

4. When Heartland America learned of Defendants' activities, Heartland America demanded that Defendants immediately stop using Heartland America's copyrighted photographs. Heartland America also ceased doing business with Defendants and refused to fill any further orders from Defendants.

5. Shortly thereafter, Defendants made statements in the eBay Feedback Forum that misrepresented their relationship with Heartland America and disparaged Heartland America's business reputation. These statements are stored indefinitely on eBay and are available to future users of eBay until deleted and removed by eBay pursuant to a court order or a stipulation between the parties.

6. The parties agree that this Court has jurisdiction over the above-entitled action and that any disputes, claims or causes of action relating to this Stipulation, the Settlement Agreement, or any claims that were or could have been asserted in the above-captioned action must be brought in the United States District Court in Minneapolis, Minnesota. The prevailing party to any such dispute, claim, or cause of action shall be entitled to recover its costs, including reasonable attorneys' fees.

7. The parties agree that upon the acceptance of this Stipulation and Order, the above-entitled action should be dismissed with prejudice with all parties to bear their own costs provided that the Court retain jurisdiction to enforce the Stipulation and Order agreed to herein.

8. In light of the foregoing, Heartland America and Defendants hereby jointly request that the Court enter an order as follows:

1. Enjoining Defendants from:

(a) directly or indirectly infringing Heartland America's copyrights in the Subject Photographs or other copyrighted materials owned by Heartland America;

(b) using or displaying any works derived or copied from the Subject Photographs or other copyrighted materials owned by Heartland America; and

(c) participating or assisting in any such activity.

2. Ordering Defendants and their agents to recall and destroy any copies or duplicates of any brochures, pamphlets or other works that infringe any of Heartland America's copyrights;

3. Ordering the withdrawal and deletion of all of Defendants past eBay "feedback" that references Heartland America; and

4. Dismissing the above-entitled action with prejudice and on the merits and without costs as to any party, with the provision that the Court retains jurisdiction to hear any disputes regarding the enforcement of this Stipulation and Order.

Dated: 12/27/00

Daniel J. Mac[?]ens (#188311)
Robin Preble (#271901)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7098/7155
Facsimile: (612) 347-7077

ATTORNEYS FOR PLAINTIFF
HEARTLAND AMERICA

Dated: 12/13/00

Courtney Headley

Dated: 12/13/00

Mark Headley

Robert E. Rosenberg (Reg. #0042690)
Attorney for Defendants
107 N. Prospect St.
Ravenna, OH 44266
330-298-9400

**ORDER**

Based on the foregoing Stipulation between the parties,

IT IS HEREBY ORDERED that:

1. Defendants are enjoined from:

(a) directly or indirectly infringing Heartland America's copyrights in the Subject Photographs or other copyrighted materials owned by Heartland America;

(b) using or displaying any works derived or copied from the Subject Photographs or other copyrighted materials owned by Heartland America; and

(c) participating or assisting in any such activity.

2. Defendants and their agents shall recall and destroy any copies or duplicates of any brochures, pamphlets or other works that infringe any of Heartland America's copyrights within 10 days from the date of this Order;

3. Defendants' past eBay "feedback" referencing Heartland America shall be removed and deleted; and

4. The above-entitled action be and hereby is dismissed with prejudice and on the merits and without costs as to any party. ~~with the provision that the Court retains jurisdiction to hear any disputes regarding the enforcement of this Stipulation and~~ Order. 1/3/01

There being no just reason for delay,

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 3rd, 2001

BY THE COURT:

James M. Rosenbaum
Judge of District Court